UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD MALARAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No.  2:23-cv-0547-TLN-AC<br><br>**ORDER** |

　　　　Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On May 12, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 14.)  Neither party has filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed May 12, 2023, are adopted in full;

　　　　2. The motion to dismiss for lack of subject matter jurisdiction (ECF No. 5) is GRANTED, that the motion for remand and amended motion for remand (ECF Nos. 7, 10) are

DENIED, and this case is DISMISSED in its entirety.

3. The Clerk of Court is directed to close this case.

Date: June 26, 2023

_____
Troy L. Nunley
United States District Judge